UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER LEE,<br><br>               Plaintiff,<br><br>    v.<br><br>C R BARD INCORPORATED, et al.,<br><br>              Defendants. | Case No. 2:21-cv-00345-DAD-BAM<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**<br><br>(Doc. 24) |

Currently before the Court is the parties' Joint Motion to Stay Proceedings filed on May 20, 2021. (Doc. 24.) The parties request that the Court stay discovery and all pretrial deadlines and continue the Initial Scheduling Conference for a period of ninety (90) days to permit them to pursue settlement negotiations of this case recently remanded from the MDL. (*Id.*)

Upon consideration and good cause appearing, the parties' Joint Motion to Stay Proceedings is GRANTED, and discovery and all pretrial deadlines in this matter are STAYED for ninety (90) days while the parties pursue settlement negotiations. The Scheduling Conference currently set for June 8, 2021, is CONTINUED to **September 9, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** At least one (1) week prior to the conference, the parties shall file a Joint Scheduling Report. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The

1

parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.  If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated: **May 24, 2021**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

.