UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER LEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　　　Defendants. | Case No.  2:21-cv-00345-DAD-BAM<br><br>**ORDER GRANTING REQUEST TO CONTINUE STAY OF PROCEEDINGS**<br><br>(Doc. 26) |

　　　　On May 25, 2021, the Court stayed discovery and all pretrial deadlines in this action and continued the Initial Scheduling Conference for a period of ninety (90) days to permit the parties to pursue settlement negotiations.  (Doc. 25.)  The parties now request that the Court continue the stay of all activity in this case for an additional period of ninety (90) days to allow them to continue to pursue negotiations of a settlement of this and all of Plaintiff's counsel's cases.  (Doc. 26.)  The parties explain that they are actively engaging in settlement negotiations and believe that a final settlement if forthcoming that will resolve this and other cases within the inventory.  (*Id.*)

　　　　Upon consideration and good cause appearing, the parties' request to continue the stay of all activity in this case is GRANTED, and discovery and all pretrial deadlines in this matter are STAYED for an additional ninety (90) days while the parties pursue settlement negotiations.  The

1

1   Scheduling Conference currently set for September 9, 2021, is CONTINUED to **December 8,**
2   **2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**
3   At least one (1) week prior to the conference, the parties shall file a Joint Status Report.  The
4   parties shall appear at the conference remotely either via Zoom video conference or Zoom
5   telephone number.  The parties will be provided with the Zoom ID and password by the
6   Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential
7   and are not to be shared.  Appropriate court attire required.  If the parties file a notice of
8   settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   **September 1, 2021**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE