1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MISTER LEE,                              Case No.  2:21-cv-00345-DAD-BAM

12              Plaintiff,                    **ORDER GRANTING REQUEST TO
                                              CONTINUE STAY OF PROCEEDINGS**
13        v.
                                              (Doc. 32)
14   C R BARD INCORPORATED, et al.,

15              Defendants.

16

17        On May 25, 2021, the Court stayed all discovery and pretrial deadlines in this action and

18   continued the Initial Scheduling Conference for a period of ninety (90) days to permit the parties

19   to pursue settlement negotiations.  (Doc. 25.)  On August 31, 2021, the parties requested an

20   additional ninety (90) days to continue settlement negotiations. (Doc. 26.)  The Court granted the

21   request and continued the scheduling conference to December 8, 2021. (Doc. 27.)  On November

22   29, 2021, the parties requested an additional ninety (90) days to continue settlement negotiations.

23   (Doc. 28.)  The Court granted the request and continued the scheduling conference to March 15,

24   2022.  (Doc. 29.)  On March 1, 2022, the parties requested an additional period of ninety (90)

25   days to pursue settlement negotiations.  (Doc. 30.)  The Court granted the request and continued

26   the scheduling conference to June 15, 2022.  (Doc. 31.)

27   ///

28

1

1    The parties filed a joint status report on June 1, 2022, and request that the Court continue

2  the stay of all activity in this case for an additional period of ninety (90) days to allow the parties

3  to finalized settlement of this case. (Doc. 32.)  The parties explain that they have reached a

4  settlement in this case and, once all of the appropriate signatures have been obtained, liens

5  resolved, and settlement documents finalized, the parties will file an executed stipulation of

6  dismissal. (*Id.*)

7    Upon consideration and good cause appearing, the parties' request to continue the stay of

8  all activity in this case is GRANTED, and discovery and all pretrial deadlines in this matter are

9  STAYED for an additional ninety (90) days.  The Scheduling Conference currently set for June

10  15, 2022, is CONTINUED to **September 13, 2022, at 8:30 AM in Courtroom 8 (BAM) before**

11  **Magistrate Judge Barbara A. McAuliffe.**  At least one (1) week prior to the conference, the

12  parties shall file a Joint Status Report.  The parties shall appear at the conference remotely either

13  via Zoom video conference or Zoom telephone number.  The parties will be provided with the

14  Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number

15  and password are confidential and are not to be shared.  Appropriate court attire required.  If the

16  parties file dispositive documents prior to the conference, then the conference will be vacated.

17

IT IS SO ORDERED.

18

19    Dated:   **June 2, 2022**            /s/ *Barbara A. McAuliffe*         _

20                                UNITED STATES MAGISTRATE JUDGE

21

22    .

23

24

25

26

27

28

2